IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID E. WOODWARD, SR.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 10-01243 JSW

**ORDER OF REFERRAL**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Howard R. Lloyd for all further proceedings.

**IT IS SO ORDERED.**

Dated: August 13, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani