**\*\* E-filed September 9, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID E. WOODWARD, SR., | No. C10-01243 HRL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Due to the recent reassignment of this action to the undersigned, a status conference has been set for December 7, 2010 at 1:30 p.m. in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California 95113. The parties shall file a joint status report no later than November 30, 2010.

**IT IS SO ORDERED.**

Dated: September 9, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C10-01243 HRL Notice will be electronically mailed to:**

2  Jennifer S Wang        jennifer.s.wang@usdoj.gov, bonny.wong@usdoj.gov, lily.c.ho
                          vuong@usdoj.gov
3  Kim David Staskus      kimstaskus@mgle-law.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**